# Court of Appeals
# of the State of Georgia

ATLANTA,    August 21, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0471.  CAREN L. MICHAUD v. TOMMY C. CHAMBERS.**

On June 26, 2014, the trial court entered an order denying Caren L. Michaud's "Verified Motion for Court and Litigation Costs [under OCGA § 9-15-14] and Motion for Reconsideration."  On July 30, 2014, Michaud filed this application for discretionary appeal seeking review of that order.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because Michaud's application was filed 34 days after entry of the order she seeks to appeal, it is untimely. We thus lack jurisdiction to consider this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/21/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*